UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SEECO, INC. | ) | Case No. 05-18721-JPC |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**Trustee's Final Report**

To:   The Honorable Jacqueline P. Cox
      United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on May 11, 2005. Joseph A. Baldi, Trustee was appointed Trustee on the May 11, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the trustee's final account as of December 3, 2007 is as follows:

| | | | |
|---|---|---|---|
| a. | | RECEIPTS (See Exhibit C) | $8,377.41 |
| b. | | DISBURSEMENTS (See Exhibit C) | $21.67 |
| c. | | NET CASH available for distribution | $8,355.74 |
| d. | | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. | Trustee compensation requested | $1,586.76 |
| | 2. | Trustee Expenses | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee | |

| | | | |
|---|---|---|---|
| (a.) | Joseph A. Baldi & Associates, P.C. | | $3,944.00 |
| | *Attorney for Trustee Fees (Trustee Firm)* | | |
| (b.) | Joseph A. Baldi & Associates, P.C. | | $20.32 |
| | *Attorney for Trustee Expenses (Trustee Firm)* | | |

5.    The Bar Date for filing unsecured claims expired on October 13, 2005.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $5,551.08 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $10,291.35 |

7.    Trustee proposes that unsecured creditors receive a distribution of 27.25% of allowed claims.

8.    The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $1,586.76 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee (Trustee Firm)* | $0.00 | $3,944.00 | $20.32 |

9.    A fee of $2,000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: _December 7, 2007_____

/s/ _____
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

Tasks Completed by Trustee

Exhibit A

## EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

A.    Trustee procured the turnover of the Debtor's cash in bank accounts as of the Petition Date;    Trustee consulted with an auctioneer to determine the liquidation value of the Personal Property; Trustee analyzed an offer the purchase the Personal Property from the Debtor's principal (the "Offer"); Trustee prepared and presented his motion to sell property ("Motion to Sell"), and pursuant to this Court's order granting the Motion to Sell, Trustee recovered gross proceeds of $5,000.00 on behalf of the Estate;    Trustee investigated the Debtor's financial records and identified certain potential fraudulent transfers ("Alleged Transfers"); Trustee investigated these Alleged Transfers; in connection with same, Trustee entered into tolling agreements with the Transferee in order to provide Trustee with adequate time to obtain and review documentation provided in defense of the Alleged Transfers; in the end, Trustee determined that the Alleged Transfers were not avoidable;

B.    Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C.    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D.    Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E.    Trustee examined, analyzed and verified proofs of claim filed against the Estate; and

F.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

Trustee's Final Report

Form I

Individual Estate Property Record and Report

Exhibit B

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

| Case No: | 05-18721 | JPC | Judge: Jacqueline P. Cox |
| Case Name: | SEECO, INC. | | |
| For Period Ending: | 12/03/07 | | |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 05/11/05 (f) |
| 341(a) Meeting Date: | 06/22/05 |
| Claims Bar Date: | 10/13/05 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. | Debtor's Bank Account LaSalle #5200346343 | 400.00 | 81.37 | | 2,614.09 | FA | 0.00 | 0.00 |
| 2. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 170.48 | Unknown | 0.00 | 0.00 |
| 3. | Bank Accounts LaSalle #0003703656 | 10.00 | Unknown | | 592.84 | FA | 0.00 | 0.00 |
| 4. | Household Goods & Furnishings 2 computers, 2 printers, 2 monitors, 1 TV - no realizable value | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. | Accounts Receivable | 9,228.00 | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 6. | Inventory Owned with related debtor, D&B Service.  Sold to shareholder | 52,235.00 | Unknown | | 4,000.00 | FA | 0.00 | 0.00 |
| 7. | Machinery, Fixtures & Business Equi Owned with related debtor D&B Service - sold to shareholder | 4,681.00 | Unknown | | 1,000.00 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $67,054.00 | $81.37 | | $8,377.41 | $0.00 | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action.

Negotiated sale of equipment and inventory of Debtor and related entity, D & B services;  Review claims  to determine whether case should be jointly administered with D&B case with this case.  Determined no joint administration merited.  Obtained court approval of sale.  Review transfers and claims.  Pursuing recovery of transfers from insider and have entering into tolling agmt pending resolution of negotiations.  Will resolve and close case.

Initial Projected Date of Final Report (TFR): 12/31/07      Current Projected Date of Final Report (TFR): 09/01/07

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 05-18721 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SEECO, INC. | | | Date Filed (f) or Converted (c): | 05/11/05 (f) |
| | | | | 341(a) Meeting Date: | 06/22/05 |
| | | | | Claims Bar Date: | 10/13/05 |

LFORM1EX

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05 B 18721 |
| | ) | Chapter 7 |
| SEECO, Inc., | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date: August 22, 2006 |
| Debtor. | ) | Time: 9:30 a.m. |

**Order Authorizing Trustee to I) Sell Estate's Interest In Personal Property To Debtor's Principal
and II) For Allowance and Authorization to Pay Appraiser's Fees**

THIS CAUSE COMES BEFORE THE COURT on the **Trustee's Motion I) For Authority To
Sell Estate's Interest In Personal Property To Debtor's Principal and II) For Allowance and
Authorization to Pay Appraiser's Fees** ("Motion") filed by Joseph A. Baldi, trustee ("Trustee"), due
notice having been given and the Court being otherwise fully advised in the promises;

NOW, THEREFORE IT IS HEREBY ORDERED that:

A.       Trustee is authorized to sell the Estate's right, title and interest in the personal
property described in the Motion consisting of an inventory of parts and accessories, office equipment
and other tangible personal property ("Property") to Mr. Robert Denz for $5,000.00 pursuant to the
terms of the Offer described in and attached to the Motion;

B.       Trustee is authorized to sell the Property to ~~Debtor~~ *Mr. Denz* free and clear of all liens, claims
and encumbrances;

C.       Trustee is authorized to execute any and all documents necessary or proper to close
the sale of the Property and transfer title to the ~~Debtor~~ *Mr. Denz*; and

D.       There is allowed and Trustee is authorized to pay $500.00 to American Auction
Associates, Inc. for appraisal services to the Estate.              *Jacqueline P. Cox*

Dated:  August 22, 2006              ENTERED:        *J. Cx*

_____
Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates
19 S. LaSalle Street #1500
Chicago, Illinois  60603
(312) 726-8150

Trustee's Final Report

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 05-18721 -JPC |
| Case Name: | SEECO, INC. |
| | |
| Taxpayer ID No | *******6405 |
| For Period Ending: | 12/03/07 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******1502 Interest earning MMA Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 06/30/05 | | BANK ONE | DEBTOR'S BANK ACCOUNT | 1129-000 | 81.37 | | 81.37 |
| | | | Issued by Intergrated Payment Systems | | | | | |
| | | | Englewood, CO | | | | | |
| | 06/30/05 | 1 | Asset Sales Memo: | Debtor's Bank Account $81.37 | | | | 81.37 |
| C | 07/29/05 | 2 | Bank of America, N A | Interest Rate 0.250 | 1270-000 | 0.01 | | 81.38 |
| C | 08/04/05 | | Robert and Ellie Denz | Asset Purchase for Seeco and D&B | 1129-000 | 10,000.00 | | 10,081.38 |
| | | | 5125 W. Wellington Avenue | | | | | |
| | | | Chicago IL 60641 | | | | | |
| | 08/04/05 | 6 | Asset Sales Memo: | Inventory $4,000.00 | | | | 10,081.38 |
| | 08/04/05 | 7 | Asset Sales Memo: | Machinery, Fixtures & Business Equi $1,000.00 | | | | 10,081.38 |
| | | | | Payment for all of the inventory and equipment of | | | | |
| | | | | Seeco and D&B, allocate 50/50 between estates. | | | | |
| | | | DENZ | Memo Amount: 10,000.00 | 1129-000 | | | |
| | | | | Asset Purchase for Seeco and D&B | | | | |
| | | | | Memo Amount ( 5,064.53 ) | 9999-000 | | | |
| | | | | Payment to related debtor | | | | |
| | | | | Proportion (princ. & interest) which will be | | | | |
| | | | | transferred to D&B once sale approved. | | | | |
| C | 08/23/05 | | LASALLE BANK | DEBTOR'S BANK ACCOUNT | 1129-000 | 2,532.72 | | 12,614.10 |
| | | | ABN AMRO | | | | | |
| | 08/23/05 | 1 | Asset Sales Memo: | Debtor's Bank Account $2,532 72 | | | | 12,614.10 |
| C | 08/23/05 | | LASALLE BANK | DEBTOR'S BANK ACCOUNT | 1129-000 | 592.84 | | 13,206.94 |
| | | | ABN AMRO | | | | | |
| | 08/23/05 | 3 | Asset Sales Memo: | Bank Accounts $592.84 | | | | 13,206.94 |
| C | 08/31/05 | 2 | Bank of America, N A | Interest Rate 0.600 | 1270-000 | 4.33 | | 13,211.27 |
| C | 09/30/05 | 2 | Bank of America, N A | Interest Rate 0.600 | 1270-000 | 6.52 | | 13,217 79 |
| C | 10/31/05 | 2 | Bank of America, N A | Interest Rate 0.600 | 1270-000 | 6.74 | | 13,224.53 |
| C | 11/30/05 | 2 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 6.52 | | 13,231.05 |
| C | 12/30/05 | 2 | Bank of America, N A | Interest Rate 0.600 | 1270-000 | 6.73 | | 13,237.78 |
| C | 01/31/06 | 2 | Bank of America, N A | Interest Rate 0.600 | 1270-000 | 6.75 | | 13,244.53 |

LFORM2T4

Ver: 12.61

FORM 2

Page.    2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-18721 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SEECO, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******1502  Interest earning MMA Account |
| Taxpayer ID No: | *******6405 | | | |
| For Period Ending: | 12/03/07 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t | 02/13/06 | | Transfer to Acct #*******0342 | Bank Funds Transfer | 9999-000 | | 10.49 | 13,234.04 |
| C | 02/28/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 9.43 | | 13,243.47 |
| C | 03/31/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.25 | | 13,254.72 |
| C | 04/28/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 10.89 | | 13,265.61 |
| C | 05/31/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.27 | | 13,276.88 |
| C | 06/30/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 10.91 | | 13,287.79 |
| C | 07/31/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.29 | | 13,299.08 |
| C | 08/31/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.30 | | 13,310.38 |
| C | 09/29/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 10.94 | | 13,321.32 |
| C | 10/31/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.32 | | 13,332.64 |
| C | 11/30/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 10.96 | | 13,343.60 |
| C | 12/29/06 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.33 | | 13,354.93 |
| C | 01/31/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 11.34 | | 13,366.27 |
| C t | 02/13/07 | | Transfer to Acct #*******0342 | Bank Funds Transfer | 9999-000 | | 5,064.53 | 8,301.74 |
| | | | | Transfer of sale proceeds allocable to assets of related case, D&B sales.  Per court orders entered dated 8/22/06 and entered in both Seeco and D&B cases, $5,000 of sale proceeds attributable to each case.  Original check for $10,000 deposited in Seeco by trustee pending determination of whether cases should be consolidated or jointly administered. | | | | |
| C t | 02/20/07 | | Transfer to Acct #*******0342 | Bank Funds Transfer | 9999-000 | | 11.18 | 8,290.56 |
| C | 02/28/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 8.17 | | 8,298.73 |
| C | 03/30/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.04 | | 8,305.77 |
| C | 04/30/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 6.83 | | 8,312.60 |
| C | 05/31/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.06 | | 8,319.66 |
| C | 06/29/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 6.83 | | 8,326.49 |
| C | 07/31/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.08 | | 8,333.57 |
| C | 08/31/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.08 | | 8,340.65 |
| C | 09/28/07 | 2 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 5.31 | | 8,345.96 |
| C | 10/31/07 | 2 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 5.32 | | 8,351.28 |

Ver: 12.61

FORM 2                                                                                                    Page:   3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:        05-18721 -JPC                          Trustee Name:          Joseph A. Baldi, Trustee
Case Name:      SEECO, INC.                            Bank Name:             Bank of America, N.A.
                                                       Account Number / CD #:  *******1502  Interest earning MMA Account
Taxpayer ID No:  *******6405
For Period Ending:  12/03/07                           Blanket Bond (per case limit):  $  5,000,000.00
                                                       Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   11/30/07 | 2 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 4.46 | | 8,355.74 |

* Reversed
t Funds Transfer
C Bank Cleared

|  |  |
|---|---|
| Memo Allocation Receipts: | 10,000.00 |
| Memo Allocation Disbursements: | 5,064.53 |
| Memo Allocation Net: | 4,935.47 |

| Account ******1502 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | | |
| | 9 | Deposits | 13,206.93 | 0 | Checks | 0.00 | |
| | 29 | Interest Postings | 235.01 | 0 | Adjustments Out | 0.00 | |
| | | | | 3 | Transfers Out | 5,086.20 | |
| | | Subtotal | $ 13,441.94 | | Total | $ 5,086.20 | |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $ 13,441.94 | | | | |

LFORM2T4                                                                                           Ver: 12.61

FORM 2

Page:   4

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-18721 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SEECO, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0342 Non-Interest earning DDA Account |
| Taxpayer ID No: | *******6405 | | | |
| For Period Ending: | 12/03/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/13/06 | | Transfer from Acct #*******1502 | Bank Funds Transfer | 9999-000 | 10.49 | | 10.49 |
| • C 02/13/06 | 001001 | International Sureties 203 Carondelet St. New Orleans, LA 70130 | Bond Premium Payment Annual premium payment for Bond # 016026455 | 2300-004 | | 10.49 | 0.00 |
| • C 04/06/06 | 001001 | International Sureties 203 Carondelet St. New Orleans, LA 70130 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 2300-004 | | -10.49 | 10.49 |
| C 04/11/06 | 001002 | International Sureties 203 Carondelet St. New Orleans, LA 70130 | Bond Premium Payment 2006 Annual premium payment Replaces Check # 1001 | 2300-000 | | 10.49 | 0.00 |
| C t 02/13/07 | | Transfer from Acct #*******1502 | Bank Funds Transfer Transfer of sale proceeds allocable to assets of related case, D&B sales. Per court orders entered dated 8/22/06 and entered in both Seeco and D&B cases, $5,000 of sale proceeds attributable to each case. Original check for $10,000 deposited in Seeco by trustee pending determination of whether cases should be consolidated or jointly administered. | 9999-000 | 5,064.53 | | 5,064.53 |
| C 02/13/07 | 001003 | Joseph A. Baldi Trustee of the Estate of D& B Sales | Portion of Sale Proceeds Allocable D&B Sales Assets | 1129-000 | | 5,064.53 | 0.00 |
| C t 02/20/07 | | Transfer from Acct #*******1502 | Bank Funds Transfer | 9999-000 | 11.18 | | 11.18 |
| C 02/20/07 | 001004 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans  LA 70130 | | 2300-000 | | 11.18 | 0.00 |

LFORM2T4

Ver: 12.61

FORM 2

Page: 5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-18721 -JPC |
|---|---|
| Case Name: | SEECO, INC. |

Taxpayer ID No: *******6405
For Period Ending: 12/03/07

Trustee Name:  Joseph A. Baldi, Trustee
Bank Name:  Bank of America, N.A.
Account Number / CD #:  *******0342  Non-Interest earning DDA Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|

* Reversed
† Funds Transfer
C Bank Cleared

| Memo Allocation Receipts: | 0.00 |
|---|---|
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

**Account  *******0342**

| | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 5 | Checks | 5,086.20 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ | 5,086.20 |
| 3 | Transfers In | 5,086.20 | | | |
| | Total | $ | 5,086.20 | | | |

| Total Allocation Receipts: | 10,000.00 |
|---|---|
| Total Allocation Disbursements: | 5,064.53 |
| Total Memo Allocation Net: | 4,935.47 |

**Report Totals**

| | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 9 | Deposits | 13,206.93 | 5 | Checks | 5,086.20 |
| 29 | Interest Postings | 235.01 | 0 | Adjustments Out | 0.00 |
| | | | 3 | Transfers Out | 5,086.20 |
| | Subtotal | $ | 13,441.94 * | | | |
| 0 | Adjustments In | 0.00 | | Total | $ | 10,172.40 |
| 3 | Transfers In | 5,086.20 | | | |
| | Total | $ | 18,528.14 | Net Total Balance | $ | 8,355.74 |

*Handwritten note:*

* Actual receipts for this case total $8,377.41 after deduction
of $5064.53 in sales proceeds which were allocable to
related case of D: B Sales. See transfer of funds & accompanying
note for 2/13/07

LFORM2T4

Ver: 12.61

**Trustee's Final Report**

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SEECO, INC. | ) | Case No. 05-18721-JPC |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $5,551.08 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2, 804.66 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $8,355.74 |

**EXHIBIT D**

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $5,551.08 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $1,586.76 | $1,586.76 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees (Trustee Firm)* | $3,944.00 | $3,944.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses (Trustee Firm)* | $20.32 | $20.32 |
| | **CLASS TOTALS** | **$5,551.08** | **$5,551.08** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D          **PAGE 3 of 5**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

**EXHIBIT D**

REPORT OF DISTRIBUTION - CONT'D

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 10,291.35 | 27.21 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002 | Peoples Gas Light & Coke Company *General Unsecured 726* | $348.11 | $94.87 |
| 000003 | Advanta Bank Corp *General Unsecured 726* | $8,908.53 | $2,427.81 |
| 000004 | WW Grainger Inc *General Unsecured 726* | $829.32 | $226.01 |
| 000005 | Reliable Fire Equipment *General Unsecured 726* | $205.39 | $55.97 |
| | **CLASS TOTALS** | **$10,291.35** | **$2,804.66** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D    **PAGE 5 of 5**

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| U | 000001 | Peoples Energy Corp. 130 E Randolph Chicago, Il., 60601 | 0.00 | WITHDRAWN |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____ December 3, 2007 ___     /s/ _____
                                              Joseph A.  Baldi, Trustee

**EXHIBIT D**