UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SEECO, INC. | ) | Case No. 05-18721 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: **U.S. Bankruptcy Court, 219 S. Dearborn, COURTROOM 619, Chicago, Illinois 60604**

    On: **JANUARY 29, 2008**     Time: **9:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $8,377.41 |
    | Disbursements | $21.67 |
    | Net Cash Available for Distribution | $8,355.74 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $1,586.76 | $0.00 |
    | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee* | $0.00 | $3,944.00 | $20.32 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $10,291.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 27.21%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Peoples Energy Corp. | WITHDRAWN | $0.00 |
| 2 | Peoples Gas Light & Coke Company | $348.11 | $94.72 |
| 3 | Advanta Bank Corp | $8,908.53 | $2,423.94 |
| 4 | WW Grainger Inc | $829.32 | $225.65 |
| 5 | Reliable Fire Equipment | $205.39 | $55.89 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **December 20, 2007**                    For the Court,

                                By:   **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the U.S. Bankruptcy Court
                                      219 S. Dearborn, 7th Floor
                                      Chicago, Illinois  60604

Trustee:     Joseph A. Baldi
Address:    Suite 1500
            19 South LaSalle Street
            Chicago, IL  60603
Phone No.:  (312) 726-8150

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

8721   Doc 32   Filed 12/20/07   Entered 12/22/07 23:40:48   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward              Page 1 of 1          Date Rcvd: Dec 20, 2007
Case: 05-18721                 Form ID: pdf002          Total Served: 20

The following entities were served by first class mail on Dec 22, 2007.
db           +SEECO, Inc.,    5819 W Irving Park Road,    Chicago, IL 60634-2609
aty          +Lester A Ottenheimer, III,    Ottenheimer Teplinsky & Rosenbloom, LLC,
               750 Lake Cook Rd - Ste 140,    Buffalo Grove, IL 60089-2071
tr           +Joseph A Baldi,, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
9635031      +Advanta Bank Corp,    Bankruptcy,    Welsh & McKean Roads,    PO Box 844,
               Spring House, PA 19477-0844
9333292      +Advanta Bank Corp.,    PO Box 8088,    Philadelphia, PA 19101-8088
9333293      +Allegiance,    PO Box 650226,    Dallas, TX 75265-0226
9333294      +Columbus McKinnon Corp.,    140 John James Audubon Parkway,    Amherts, NY 14228-1197
9333296      +Estate of Dorothy Denz,    4028 N. Mango Avenue,    Chicago, IL 60634-1702
9333297      +Grainger,    3240 Manheim Road,    Franklin Park, IL 60131-1532
9333298      +Midco,    16W 221 Shore Court,    Burr Ridge, IL 60527-5868
9333299      +Office Depot Credit Plan,    PO Box 9020,    Des Moines, IA 50368-9020
9333300      +PBCC - Pitney Bowes,    PO Box 856460,    Louisville, KY 40285-6460
9405959      +Peoples Energy Corp.,    130 E Randolph,    Chicago, Il 60601-6302
9570695      +Peoples Gas Light & Coke Company,    130 E. Randolph Street,    Chicago, Il 60601-6207
9333301      +Peoples Gas/Peoples Energy,    130 E. Randolph Drive,    Chicago, IL 60601-6302
9333302      +Reliable Fire Equipment,    12845 S. Cicero Avenue,    Alsip, IL 60803-3083
9333303      +Trester Hoist & Equipment,    W136 N4863 Campbell Drive,    Menomonee Falls, WI 53051-7027
9665276      +WW Grainger Inc,    7300 N Melvina Ave M240,    Niles, IL 60714-3998
9333304      +Waste Management,    1411 Opus Place, #400,    Downers Grove, IL 60515-1481

The following entities were served by electronic transmission on Dec 21, 2007.
9333295      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                          Commonwealth Edison,
               Bill Payment Center,    Chicago, IL 60668-0001
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2007**                                **Signature:** _Joseph Speetjens_