UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Seeco, Inc., | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | Case No. 05-18721 |

**Trustee's Final Account
and
Application to Close Case and Discharge Trustee**

To: The Honorable Jacqueline P. Cox
    United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated: May 28, 2008

                                              /s/
                                    _____
                                        Joseph A. Baldi, Trustee

# Exhibit A

# Compensation Orders

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Seeco, Inc., | ) | Case No. 05-18721 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### Order Awarding Trustee Compensation

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation as follows:

1. Compensation     $1,586.76

   TOTAL     $1,586.76

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this __29th__ day of __January 2008__

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SEECO, Inc., | ) | Case No. 05 B 18721 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox. |

### Order Awarding Compensation And Expenses to Trustee's Attorneys

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation and expense reimbursement as follows;

1. Compensation    $3,944.00
2. Expenses        $20.32

   TOTAL           $3,964.32

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this __29th__ day of __January__, 2008

ENTERED: __J.Cx__    *Jacqueline P. Cox*

# Exhibit B

# Distribution Report

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SEECO, INC. | ) | Case No. 05-18721 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### Trustee's Final Distribution Report

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**Summary of Distribution:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $5,551.08 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims [507(a)(3)-(a)(6)]: | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,812.16 |
| Interest [726(a)(5)]: | $0.00 |
| Surplus to Debtor [726(a)(6)]: | $0.00 |
| **Total Amount to be Distributed:** | $8,363.24 |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $5,551.08 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $1,586.76 | $1,586.76 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees* | $3,944.00 | $3,944.00 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Expenses* | $20.32 | $20.32 |
| | **CLASS TOTALS** | **$5,551.08** | **$5,551.08** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 10,291.35 | 27.33 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 000002 | Peoples Gas Light & Coke Company<br>*General Unsecured 726* | $348.11 | $95.12 |
| 000003 | Advanta Bank Corp<br>*General Unsecured 726* | $8,908.53 | $2,434.30 |
| 000004 | WW Grainger Inc<br>*General Unsecured 726* | $829.32 | $226.62 |
| 000005 | Reliable Fire Equipment<br>*General Unsecured 726* | $205.39 | $56.12 |
| | **CLASS TOTALS** | **$10,291.35** | **$2,812.16** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| U | 000001 | Peoples Energy Corp. 130 E Randolph Chicago, Il., 60601 | 0.00 | WITHDRAWN |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: February 12, 2008                             /s/ Joseph Baldi, trustee

# Exhibit C

# Form 2
# Estate Cash Receipts and Disbursements Record

**Form 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-18721 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | SEECO, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******1502 Interest earning MMA Account |
| Taxpayer ID No: | *******6405 | | |
| For Period Ending: | 06/19/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  06/30/05 | 1 | BANK ONE<br>Issued by Intergrated Payment Systems<br>Englewood, CO | DEBTOR'S BANK ACCOUNT | 1129-000 | 81.37 | | 81.37 |
| C  07/29/05 | 2 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 0.01 | | 81.38 |
| C  08/04/05 | 6, 7 | Robert and Ellie Denz<br>5125 W. Wellington Avenue<br>Chicago IL  60641 | Asset Purchase for Seeco and D&B | 1129-000 | 10,000.00 | | 10,081.38 |
| C  08/23/05 | 1 | LASALLE BANK<br>ABN AMRO | DEBTOR'S BANK ACCOUNT | 1129-000 | 2,532.72 | | 12,614.10 |
| C  08/23/05 | 3 | LASALLE BANK<br>ABN AMRO | DEBTOR'S BANK ACCOUNT | 1129-000 | 592.84 | | 13,206.94 |
| C  08/31/05 | 2 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 4.33 | | 13,211.27 |
| C  09/30/05 | 2 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 6.52 | | 13,217.79 |
| C  10/31/05 | 2 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 6.74 | | 13,224.53 |
| C  11/30/05 | 2 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 6.52 | | 13,231.05 |
| C  12/30/05 | 2 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 6.73 | | 13,237.78 |
| C  01/31/06 | 2 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 6.75 | | 13,244.53 |
| C t  02/13/06 | | Transfer to Acct #*******0342 | Bank Funds Transfer | 9999-000 | | 10.49 | 13,234.04 |

LFORM2T4

Ver: 12.63

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 05-18721 -JPC | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: SEECO, INC. | Bank Name: Bank of America, N.A. |
| | Account Number / CD #: *******1502 Interest earning MMA Account |
| Taxpayer ID No: *******6405 | |
| For Period Ending: 06/19/08 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  02/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 9.43 | | 13,243.47 |
| C  03/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.25 | | 13,254.72 |
| C  04/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 10.89 | | 13,265.61 |
| C  05/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.27 | | 13,276.88 |
| C  06/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 10.91 | | 13,287.79 |
| C  07/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.29 | | 13,299.08 |
| C  08/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.30 | | 13,310.38 |
| C  09/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 10.94 | | 13,321.32 |
| C  10/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.32 | | 13,332.64 |
| C  11/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 10.96 | | 13,343.60 |
| C  12/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.33 | | 13,354.93 |
| C  01/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.34 | | 13,366.27 |
| C t 02/13/07 | | Transfer to Acct #*******0342 | Bank Funds Transfer | 9999-000 | | 5,064.53 | 8,301.74 |
| C t 02/20/07 | | Transfer to Acct #*******0342 | Bank Funds Transfer | 9999-000 | | 11.18 | 8,290.56 |
| C  02/28/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 8.17 | | 8,298.73 |

LFORM2T4

Ver: 12.63

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-18721 -JPC
Case Name: SEECO, INC.

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******1502  Interest earning MMA Account

Taxpayer ID No: *******6405
For Period Ending: 06/19/08

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| C  03/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.04 | | 8,305.77 |
| C  04/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.83 | | 8,312.60 |
| C  05/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.06 | | 8,319.66 |
| C  06/29/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 6.83 | | 8,326.49 |
| C  07/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.08 | | 8,333.57 |
| C  08/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.08 | | 8,340.65 |
| C  09/28/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 5.31 | | 8,345.96 |
| C  10/31/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 5.32 | | 8,351.28 |
| C  11/30/07 | 2 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 4.46 | | 8,355.74 |
| C  12/31/07 | 2 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 3.99 | | 8,359.73 |
| C  01/31/08 | 2 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 3.31 | | 8,363.04 |
| C  02/04/08 | 2 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 8,363.24 |
| C t 02/04/08 | | Transfer to Acct #*******0342 | Final Posting Transfer | 9999-000 | | 8,363.24 | 0.00 |

LFORM2T4

Ver: 12.63

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-18721 -JPC |
| Case Name: | SEECO, INC. |
| Taxpayer ID No: | *******6405 |
| For Period Ending: | 06/19/08 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******1502  Interest earning MMA Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******1502 | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 4   Deposits | 13,206.93 | 0   Checks | 0.00 |
| 32  Interest Postings | 242.51 | 0   Adjustments Out | 0.00 |
| | | 4   Transfers Out | 13,449.44 |
| Subtotal | $ 13,449.44 | | |
| | | Total | $ 13,449.44 |
| 0   Adjustments In | 0.00 | | |
| 0   Transfers In | 0.00 | | |
| Total | $ 13,449.44 | | |

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-18721 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | SEECO, INC. | Bank Name: | Bank of America, N.A. |
|  |  | Account Number / CD #: | *******0342  Non-Interest earning DDA Account |
| Taxpayer ID No: | *******6405 |  |  |
| For Period Ending: | 06/19/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| C t  02/13/06 |  | Transfer from Acct #*******1502 | Bank Funds Transfer | 9999-000 | 10.49 |  | 10.49 |
| * C  02/13/06 | 001001 | International Sureties<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond Premium Payment<br>Annual premium payment for Bond # 016026455 | 2300-004 |  | 10.49 | 0.00 |
| * C  04/06/06 | 001001 | International Sureties<br>203 Carondelet St.<br>New Orleans, LA 70130 | Stop Payment Reversal | 2300-004 |  | -10.49 | 10.49 |
| C  04/11/06 | 001002 | International Sureties<br>203 Carondelet St.<br>New Orleans, LA 70130 | Bond Premium Payment<br>2006 Annual premium payment<br>Replaces Check # 1001 | 2300-000 |  | 10.49 | 0.00 |
| C  02/13/07 | 001003 | Joseph A. Baldi<br>Trustee of the Estate of D& B Sales | Portion of Sale Proceeds Allocable<br>D&B Sales Assets | 8500-000 | -5,064.53 |  | -5,064.53 |
| C t  02/13/07 |  | Transfer from Acct #*******1502 | Bank Funds Transfer | 9999-000 | 5,064.53 |  | 0.00 |
| C t  02/20/07 |  | Transfer from Acct #*******1502 | Bank Funds Transfer | 9999-000 | 11.18 |  | 11.18 |
| C  02/20/07 | 001004 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans  LA  70130 |  | 2300-000 |  | 11.18 | 0.00 |
| C t  02/04/08 |  | Transfer from Acct #*******1502 | Transfer In From MMA Account | 9999-000 | 8,363.24 |  | 8,363.24 |
| C  03/10/08 | 001005 | JOSEPH A. BALDI , as Trustee |  | 2100-000 |  | 1,586.76 | 6,776.48 |

LFORM2T4

Ver: 12.63

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-18721 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | SEECO, INC. | Bank Name: | Bank of America, N.A. |
|  |  | Account Number / CD #: | *******0342  Non-Interest earning DDA Account |
| Taxpayer ID No: | *******6405 |  |  |
| For Period Ending: | 06/19/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | Joseph A. Baldi & Associates<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 |  |  |  |  |  |
| C   03/10/08 | 001006 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St.  #1500<br>Chicago IL 60603 |  | 3110-000 |  | 3,944.00 | 2,832.48 |
| C   03/10/08 | 001007 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St.  #1500<br>Chicago IL 60603 |  | 3120-000 |  | 20.32 | 2,812.16 |
| * C   03/10/08 | 001008 | Peoples Gas Light & Coke Company<br>130 E. Randolph Street<br>Chicago, Il 60601 | Claim 000002, Payment 27.32% | 7100-003 |  | 95.12 | 2,717.04 |
| C   03/10/08 | 001009 | Advanta Bank Corp<br>Bankruptcy<br>Welsh & McKean Roads<br>PO Box 844<br>Spring House, PA 19477 | Claim 000003, Payment 27.33% | 7100-000 |  | 2,434.30 | 282.74 |
| C   03/10/08 | 001010 | WW Grainger Inc<br>7300 N Melvina Ave M240<br>Niles, IL 60714 | Claim 000004, Payment 27.33% | 7100-000 |  | 226.62 | 56.12 |
| C   03/10/08 | 001011 | Reliable Fire Equipment<br>12845 S. Cicero Avenue<br>Alsip, IL  60803 | Claim 000005, Payment 27.32% | 7100-000 |  | 56.12 | 0.00 |

LFORM2T4

Ver: 12.63

**FORM 2**

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-18721 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | SEECO, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0342  Non-Interest earning DDA Account |
| Taxpayer ID No: | *******6405 | | |
| For Period Ending: | 06/19/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * C  04/08/08 | 001008 | Peoples Gas Light & Coke Company<br>130 E. Randolph Street<br>Chicago, Il 60601 | Claim 000002, Payment 27.32% | 7100-003 | | -95.12 | 95.12 |
| C  04/08/08 | 001012 | United States Bankruptcy Court<br>Nor.District of Illinois, Eastern Div.<br>219 S. Dearborn St.<br>Chicago  IL  60604 | Claim 000002, Payment 27.32% | 7100-001 | | 95.12 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******0342 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | -5,064.53 | 14 | Checks | 8,384.91 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ -5,064.53 | | | |
| | | | | | Total | $ 8,384.91 |
| | 0 | Adjustments In | 0.00 | | | |
| | 4 | Transfers In | 13,449.44 | | | |
| | | Total | $ 8,384.91 | | | |

LFORM2T4

Ver: 12.63

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 05-18721 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SEECO, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0342 Non-Interest earning DDA Account |
| Taxpayer ID No: | *******6405 | | | |
| For Period Ending: | 06/19/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | |
| | 4 | Deposits | 8,142.40 | 14 Checks | 8,384.91 |
| | 32 | Interest Postings | 242.51 | 0 Adjustments Out | 0.00 |
| | | | | 4 Transfers Out | 13,449.44 |
| | | Subtotal | $ 8,384.91 | | |
| | | | | Total | $ 21,834.35 |
| | 0 | Adjustments In | 0.00 | | |
| | 4 | Transfers In | 13,449.44 | | |
| | | Total | $ 21,834.35 | Net Total Balance | $ 0.00 |

LFORM2T4                                                                                                    Ver: 12.63